UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CV-180-F

| | | |
|---|---|---|
| SUDDONA MURRELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JONES COUNTY HEALTH DEPARTMENT, | ) | |
| Defendant. | ) | |

The court has been informed that the parties have reached a settlement in this matter. Accordingly, this action hereby is DISMISSED without prejudice to any party to reopen should settlement not be consummated on or before **April 15, 2014**. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before **March 31, 2014**. All pending motions are DENIED AS MOOT and the Clerk of Court is DIRECTED to remove this matter from the undersigned's court calendar.

SO ORDERED.

This the 18 day of February, 2014.

JAMES C. FOX
Senior United States District Judge